SHELDON J. WARREN, No. 096668
swarren@swarrenlaw.com
**LAW OFFICES OF SHELDON J. WARREN,**
**A Professional Law Corporation**
P. O. Box 30220
Long Beach, California 90853
Telephone:    562.433.9688
Facsimile:    562.433.9711

Attorneys for Defendant
THE TORO COMPANY

ALAN J. JANG, No. 083409
JANG AND ASSOCIATES
1766 Lacassie Avenue, Suite 200
Walnut Creek, California 94596
Telephone:    925.937.1400
Facsimile:    925.937.1414

Attorney for Plaintiff
CALIFORNIA STATE AUTOMOBILE
ASSOCIATION INTER-INSURANCE
BUREAU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, as subrogee of Raymond Azzon,<br><br>Plaintiff,<br><br>v.<br><br>THE TORO COMPANY, and DOES 1 through 25, inclusive,<br><br>Defendants. | **CASE NO. 2:10-CV-02127-MCE-JFM**<br>**[ACTION FILED 06/01/2010]**<br><br>**[HON. MORRISON C. ENGLAND, JR.]**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br>**[F.R.C.P. 41(a)(1)]**<br><br>**TRIAL DATE:  NONE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their respective attorneys of record that the above-captioned action

be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) with each party to bear its own attorneys' fees and costs of suit incurred herein.

Dated:  November 22 2010        **LAW OFFICES OF SHELDON J. WARREN**

_____/s/_____
SHELDON J. WARREN
Attorneys for Defendant
THE TORO COMPANY

Dated:  November 20, 2010        **JANG & ASSOCIATES**

_____/s/_____
ALAN J. JANG
Attorneys for Plaintiff
CALIFORNIA STATE AUTOMOBILE ASSOCIATION
INTER-INSURANCE BUREAU

### ORDER

**IT IS HEREBY ORDERED** that this matter shall be and hereby is dismissed with prejudice and each party shall bear its own attorneys' fees and costs of suit.  The Clerk of Court is directed to close the case.

DATE: March 3, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE